#4201074(1)
@ 31.00

## United States Bankruptcy Court
### District of Maryland

FILED
2019 FEB -6 PM 2:55

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

In Re: Yecker Stephenson

Case Number: 18-26200

Debtor(s)

Chapter: 7

Amended   **VERIFICATION OF CREDITOR MATRIX**

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 2/6/2019

Signature of Debtor(s): /s/ Yecker Stephenson
/s/

Credit Control LLC
PO Box 546
Hazelwood, MO  866-486-2121
Ref:  Rekcey Pro LLC

Department of Motor Vehicles
Adjudication Services Correspondence
PO Box 37135
Washington, DC  20013

Professional Account Management, LLC
PO Box 785
#29924368
Milwaukee, WI  53201-0785

Progressive Casualty Insurance Company
6300 Wilson Mills Road
Mayfield Village, OH  44143

Motor Vehicle Administration—ICD
PO Box 2278
Glen Burnie, MD  21062

Xfinity
PO Box 21428
Egan, MN  55121-0428

DirecTV
PO Box 11732
Newark, NJ  07101-4732

E-ZPass Maryland Customer Service
PO Box 17600
Baltimore, MD  21297

Motor Vehicle Administration
6601 Richie Highway NE
Glen Burnie, MD  21062

Target Card Services
PO Box 673
Mail Stop NCB-0461
Minneapolis, MN  55440

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re: Yecker Stephenson   Case Number: 18-26200

Chapter: 7

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the 6 day of Feb, 2019, a copy of Creditors notification (341 meeting notice) see attached

was mailed first class mail, postage prepaid to:

Name Gary A. Rosen
Address One Church Street Suite 800
City, State, Zip Code Rockville, MD 20850

Name
Address
City, State, Zip Code

Name
Address
City, State, Zip Code

Signature: Yecker Stephenson

Credit Control LLC
PO Box 546
Hazelwood, MO  866-486-2121
Ref:  Rekcey Pro LLC

Department of Motor Vehicles
Adjudication Services Correspondence
PO Box 37135
Washington, DC  20013

Professional Account Management, LLC
PO Box 785
#29924368
Milwaukee, WI  53201-0785

Progressive Casualty Insurance Company
6300 Wilson Mills Road
Mayfield Village, OH  44143

Motor Vehicle Administration—ICD
PO Box 2278
Glen Burnie, MD  21062

Xfinity
PO Box 21428
Egan, MN  55121-0428

DirecTV
PO Box 11732
Newark, NJ  07101-4732

E-ZPass Maryland Customer Service
PO Box 17600
Baltimore, MD  21297

Motor Vehicle Administration
6601 Richie Highway NE
Glen Burnie, MD  21062

Target Card Services
PO Box 673
Mail Stop NCB-0461
Minneapolis, MN  55440