Entered: April 10, 2019
Signed: April 10, 2019

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.:  18−26200 − TJC    Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Yecker Stephenson
*debtor has no known aliases*
307 Tamarack Court
Upper Marlboro, MD 20774

Social Security No.:  xxx−xx−1481

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 12/10/18.

The estate of the above−named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec −** *cmbrown1*